## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN HIS CIRCUIT

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the

HONORABLE JOSEPH DiCLERICO

United States District Judge for the District of New Hampshire to sit upon the United States District Court for the District of Puerto Rico to preside over the case of John Zerbe v. Gabriela Alejandra Pinal, et al., No. 05-ds-21-JD (NH); 02-cv-2357-RRL (PR), until the case has been concluded, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

Michael Boudin
Chief Judge
U.S. Court of Appeals
for the First Circuit

Dated:   December 13, 2005